IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| JESSE JOHNSON, #1796857 | § | |
| VS. | § | CIVIL ACTION NO. 4:12cv527 |
| DENTON COUNTY JAIL MEDICAL DEPARTMENT, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Amos L. Mazzant. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Defendants' motion to dismiss (docket entry #12) is **GRANTED** and the lawsuit is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and for want of prosecution pursuant to Fed. R. Civ. P 41(b). All motions not previously ruled on are **DENIED**.

So **ORDERED** and **SIGNED** on February  14 , 2013.

_____
Ron Clark
United States District Judge